# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00031-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAMMION CHRISTOPHER PARKER,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter before me is **Defendant's Unopposed Motion to Refer Matter to United States Magistrate Judge For Change of Plea and Sentencing** [#17] filed May 19, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be referred to a United States Magistrate Judge for disposition.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Defendant's Unopposed Motion to Refer Matter to United States Magistrate Judge For Change of Plea and Sentencing** [#17] filed May 19, 2008, is **GRANTED**;

    2. That pursuant to 18 U.S.C. § 3401(a), this matter is referred to a United States Magistrate Judge for disposition; and

3. That the telephonic setting conference set for May 20, 2008, at 10:30 a.m., is **VACATED**;

Dated May 20, 2008, at Denver, Colorado.

**BY THE COURT:**

<u>**s/ Robert E. Blackburn**</u>
**Robert E. Blackburn**
**United States District Judge**