IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE Kristen L. Mix

Criminal Action No. 08-cr-00031-KLM

UNITED STATES OF AMERICA,

 Plaintiff,
v.

Dammion Parker,

 Defendant.

---

## ORDER EXONERATING BOND

---

 This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

 **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

 **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

 DATED at Denver, Colorado, this 20TH day of August, 2010.

BY THE COURT:


By: _____
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO


**KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**